UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HERBERT C. MARTINEZ,

    Plaintiff,

v.                                                     Case No. 8:18-cv-2828-T-33SPF

AL NIENHUIS, ET AL.,

    Defendants.
_____/

## **ORDER**

This matter is before the Court upon consideration of Local Rule 1.04(a), M.D. Fla., concerning similar or successive cases and Local Rule 1.03(d), M.D. Fla., which states, "The judge to whom any case is assigned may, at any time, reassign the case to any other consenting judge for any limited purpose of for all further purposes."

This matter is hereby reassigned, with her consent, to the Honorable Charlene E. Honeywell, United States District Judge, as it is substantially related to a previously filed case assigned to her, Case No. 8:16-cv-3427-T-36JSS.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to reassign this case to Judge Honeywell, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 7th day of December, 2018.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE